THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel Gold, Appellant.
 
 
 

Appeal From Calhoun County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-378
 Submitted July 1, 2008  Filed July 14,
 2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and David Michael Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: Nathaniel Gold appeals his conviction and sentence for
 threatening the life of a public official, arguing his guilty plea was
 invalid.  After a thorough review of the
 record, counsels brief, and Golds pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Golds appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.